No. —, original. EX PARTE EDWARD QUINN;
No. —, original. EX PARTE HUGH A. BOWEN;
No. —, original. EX PARTE FRED ROTHERMEL; and
No. —, original. EX PARTE LLOYD RUBIN. December 9, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. EX PARTE JOHN D. HARDY. December 9, 1940. The rule to show cause is discharged and the motion for leave to file petition for writ of habeas corpus is denied.

No. 176. LEWIS, EXECUTRIX, ET AL. *v.* FONTENOT, COLLECTOR, ET AL.;
No. 177. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. *v.* UNITED STATES ET AL.; and
No. 178. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. December 9, 1940. Application denied. *Agnes E. Lewis, pro se.* Reported below: 110 F. 2d 65.